JUDSON SHELDON CORP. *v.* UNITED STATES

No. 6463.—Invoices dated Carlisle, England, August 1942, etc.
Certified August 1942, etc.
Entered at New York, N. Y., September 17, 1942, etc.
Entry Nos. 706808; 705236.

(Decided October 28, 1946)

*Eugene R. Pickrell* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

KINCHELOE, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

PERSON & WEIDHORN *v.* UNITED STATES

No. 6464.—Invoices dated London, England, November 1944, etc.
Certified December 1944, etc.
Entered at New York, N. Y., January 8, 1945, etc.
Entry No. 718014, etc.

(Decided October 28, 1946)

*Alfred Rice* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.